NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ARCHROMA U.S., INC.,**
*Plaintiff-Appellee*

v.

**DEPARTMENT OF COMMERCE, TEH FONG MIN (TFM) INTERNATIONAL CO, LTD.,**
*Defendants-Appellants*

**INTERNATIONAL TRADE COMMISSION,**
*Defendant*

2024-2159, 2024-2162

Appeals from the United States Court of International Trade in No. 1:22-cv-00354-MMB, Judge M. Miller Baker.

**ON MOTION**

**O R D E R**

Upon consideration of the Department of Commerce's notice of withdrawal, ECF No. 40, of its motion for an extension of time to file its reply brief, ECF No. 39,

IT IS ORDERED THAT:

ECF No. 39 is deemed withdrawn.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>March 18, 2025</u>
Date